UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SUGDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01929- JLT<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC<br><br>(Doc. 11) |

On July 18, 2016, the parties filed a stipulation for an extension of time for Plaintiff to serve her confidential letter brief (Doc. 11), which was to be served no later than July 15, 2016.  (*See* Doc. 6 at 2, explaining the brief was to be served within thirty days of the filing of the administrative record). Notably the Scheduling Order permits a single extension of time by the stipulation of parties (Doc. 6 at 4), and this is the first extension requested by either party.

　Accordingly, **IT IS HEREBY ORDERED**:

　1.　Plaintiff's request for an extension of time is **GRANTED nunc pro tunc**; and

　2.　Plaintiff **SHALL** serve a confidential letter brief no later than **August 15, 2016**.

IT IS SO ORDERED.

　Dated:   **July 20, 2016** 　　　　　　　　 **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE