UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SUGDEN,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:15-cv-01929 - JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF PAMELA SUGDEN AND AGAINST DEFENDANT, CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY |

       Pamela Sugden initiated this action seeking judicial review of the administrative decision denying her application for Social Security benefits.  On October 6, 2016, Plaintiff and Defendant Carolyn W. Colvin, Acting Commissioner Social Security, stipulated to a voluntary remand of Plaintiff's Social Security appeal for further administrative proceedings. (Doc. 15)

       The parties seek remand to have an administrative law judge to hold a new hearing and issue a decision. (Doc. 15 at 1)  Specifically, the parties want "the ALJ to obtain vocational expert testimony that considers the claimant's RFC and other vocational factors and take any necessary further action to complete the administrative record." (*Id.*)  Further, the parties noted the matter was to be remanded under sentence four of 42 U.S.C. § 405(g), and request final judgment be entered in favor of the plaintiff. (*Id.* at 1-2)

///

///

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED**:

1. The matter is **REMANDED** under four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Pamela Sugden and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:  **October 7, 2016**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE