UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SUGDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:15-cv-01929 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On February 2, 2017, Plaintiff Pamela Sugden and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 20)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**:

1. Fees in the total amount of $3,607.07 are **AWARDED** to Plaintiff, Pamela Sugden; and

2. Plaintiff's motions for attorney fees (Docs. 18, 19) are terminated as **MOOT**.

IT IS SO ORDERED.

Dated:   **February 2, 2017**                    **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE